## French's Estate.

300

*Clement, Donahue & Irwin,* for exceptions; *Edgar S. McKaig,* contra.

HENDERSON, J., Nov. 30, 1928.—A careful examination of the record and of the brief in support of the exceptions discloses no error. The Auditing Judge has correctly interpreted the clauses in the will and applied the rules of law applicable thereto. The exceptions are dismissed and the adjudication is confirmed absolutely.